# Court of Appeals
# of the State of Georgia

ATLANTA,___June 17, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1715. HAVENS v. MCGEE HEATING & AIR CONDITIONING, INC.**

The above-referenced case was docketed for appeal on April 25, 2013. On June 5, 2013, appellee filed a motion to remand the case to the Superior Court of Hart County, claiming that such is necessary so that four deposition transcripts can be filed with that court and then included in the record on appeal. Specifically, appellee argues that prior to the filing of its successful motion for summary judgment, it requested that appellants file the transcripts of the depositions of Walter H. McGee, Chad Ankerich, Christopher Canady, and Stephen Andrews but that appellants failed to do so. In its motion filed with this Court, appellee contends that these depositions were crucial in supporting its successful motion for summary judgment and, thus, must be included in the appellate record.

In considering appellee's request, we note that it is difficult to determine from the record whether the aforementioned depositions were, in fact, ever filed and from the trial court's order granting summary judgment whether the trial court relied upon the depositions. However, we must also be mindful of the mandate of the Constitution of the State of Georgia, which requires this Court to dispose of every case at the term for which it is entered on the Court's docket for hearing or at the next term. 1983 Ga. Const., Art. VI, Sec. IX, Par. II. Accordingly, we GRANT appellee's motion to remand this case. If the trial court relied upon the depositions identified in appellee's request, the record should be supplemented with those transcripts. If it did not, it is not necessary to supplement the record. Following this determination, and supplementation of the record if necessary, the matter may be transmitted and re-docketed with this Court. And upon re-docketing, briefing by the parties should

proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*